# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Barbara Machowicz

                    Plaintiff,

v.                                        Case No.: 1:14–cv–01394
                                                      Honorable James F. Holderman

Kaspersky Lab, Inc.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 29, 2014:

      MINUTE entry before the Honorable James F. Holderman: Defendant's unopposed motion to extend time to answer complaint [33] is granted to 10/17/14. Motion hearing date of 10/2/14 is stricken. Parties' joint Form 52 report is extended to 10/27/14. Status hearing and entry of a scheduling order previously set for 10/14/14 is stricken and reset to 10/30/14 at 9:00 a.m. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.