# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BARBARA MACHOWICZ, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>KASPERSKY LAB, INC.,<br><br>    Defendant. | Case No. 1:14-cv-1394<br><br>Hon. James F. Holderman |

## NOTICE OF MOTION

On October 30, 2014 at **9:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable James F. Holderman, presiding in **Room 1801**, at the Everett McKinley Dirksen Building at 219 South Dearborn Street, Chicago, Illinois, and present the attached MOTION FOR LEAVE TO WITHDRAW AS COUNSEL.

/s/ Eric Roman

One of the Attorneys for
Defendant Kaspersky Lab, Inc.
Eric Roman
ARENT FOX LLP
1675 Broadway
New York, NY 10019
Tel. (212) 492-3283
eric.roman@arentfox.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BARBARA MACHOWICZ, individually and on behalf of all others similarly situated ) ) ) Plaintiff, ) ) ) v. ) ) KASPERSKY LAB, INC., ) ) Defendant. ) | Case No. 1:14-cv-1394<br><br>Hon. James F. Holderman |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Arent Fox LLP ("Arent Fox"), one of the counsel for Defendant Kaspersky Lab, Inc. ("Kaspersky"), submits this Motion for Leave to Withdraw as Counsel for Kaspersky. In support, Arent Fox states as follows:

1. On February 26, 2014, Lisa M. Lilly, Esq. entered an appearance on behalf of Kaspersky in this action. On April 9, 2014, David Wynn and Eric Roman of Arent Fox were granted leave to appear *pro hac vice* on behalf of Kaspersky.

2. Kaspersky has engaged Casey A. Kniser, Esq. of the law firm of Patterson Thuente Pedersen, P.A. to replace Arent Fox as its counsel in this case. Mr. Kniser was granted leave by the Court to appear *pro hac vice* on October 15, 2014, and filed an answer on Kaspersky's behalf on October 17, 2014.

3. Should Arent Fox's motion for leave to withdraw be granted, Kaspersky will continue to be represented by Mr. Kniser and by Lisa M. Lilly, Esq. Thus, the granting of this motion will not disrupt Kaspersky's defense, and will not cause any delay in the case schedule or otherwise lead to an inequitable result.

2

WHEREFORE, Arent Fox respectfully requests that the Court grant this motion and allow David Wynn and Eric Roman of Arent Fox to withdraw as counsel for Kaspersky.

Dated: October 27, 2014

                                            Respectfully submitted,

                                            /s/ Eric Roman

                                            One of the Attorneys for
                                            Defendant Kaspersky Lab, Inc.
                                            Eric Roman
                                            ARENT FOX LLP
                                            1675 Broadway
                                            New York, NY 10019
                                            Tel. (212) 492-3283
                                            eric.roman@arentfox.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 27, 2014, the foregoing document was filed using the CM/ECF System which will send notification of such filing to counsel of record.

                                                  /s/ Eric Roman