**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Barbara Machowicz
                                  Plaintiff,

v.                                                       Case No.: 1:14–cv–01394
                                                      Honorable James F. Holderman

Kaspersky Lab, Inc.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 17, 2014:

      MINUTE entry before the Honorable Michael T. Mason:Status hearing held on 12/17/14 and continued to 1/22/14 at 9:00 a.m. Plaintiff's counsel reports they have been unsuccessfully attempting to communicate with their client. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.