IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| BARBARA MACHOWICZ, individually and on behalf of all others similarly situated, *Plaintiff*, v. KASPERSKY LAB, INC., a Massachusetts corporation, *Defendant*. | Case No. 1:14-cv-1394 Honorable James F. Holderman |

**PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS *WITHOUT PREJUDICE***

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Barbara Machowicz ("Plaintiff"), by and through her undersigned counsel, hereby respectfully requests that the Court dismiss this action *without prejudice*. In support of this Motion, Plaintiff states as follows:

1.  On January 27, 2014, Plaintiff filed the instant action against Defendant Kaspersky Lab, Inc. ("Defendant") in the Circuit Court of Cook County.

2.  On February 26, 2014, Defendant removed this action to this Court. (Dkt. 1.)

3.  On October 17, 2014, Defendant answered Plaintiff's complaint. (Dkt. 36.)

4.  As Plaintiff's counsel stated on the record in open court before Magistrate Judge Mason on December 17, 2014, despite counsel's repeated efforts through various means (including email, telephone, and written letter), they have been unable to reach the Plaintiff so as to pursue her claims.

5.  As such, Plaintiff's counsel simply cannot proceed with the prosecution of this action without the Plaintiff's input and authority regarding the same.

6. As a result, Plaintiff's counsel now moves to voluntarily dismiss the action *without prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(2).

**WHEREFORE**, Plaintiff's counsel respectfully requests that the Court enter an Order dismissing the action *without prejudice*, with each Party bearing their own attorneys' fees and expenses incurred in any way related to the litigation of this action.

Respectfully submitted,

**BARBARA MACHOWICZ**, individually and on behalf of all others similarly situated,

Dated: January 9, 2015

By: /s/ Rafey S. Balabanian
One of Plaintiff's Attorneys

Rafey S. Balabanian
rbalabanian@edelson.com
Benjamin H. Richman
brichman@edelson.com
Courtney C. Booth
cbooth@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

**CERTIFICATE OF SERVICE**

   I, Rafey S. Balabanian, an attorney, hereby certify that on January 9, 2015, I caused to be served the above and foregoing ***Plaintiff's Motion to Voluntarily Dismiss Without Prejudice*** by causing a true and accurate copy of such paper to be filed and served on all counsel of record via the court's CM/ECF electronic filing system, on this the 9th day of January 2015.

               /s/  Rafey S. Balabanian